**Fill in this information to identify the case:**

Debtor 1      James Michael Frazier

Debtor 2      Pamela Annette Frazier
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Arkansas

Case number    3:19-bk-15194

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Quicken Loans Inc.      **Court claim no.** (if known):    1

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX6979

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | 10/18/2019 Plan Review | (3) | $150.00 |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | 10/18/2019 | (5) | $750.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1

| | | | |
|---|---|---|---|
| Debtor 1 | James Michael Frazier | Case Number (if known) | 3:19-bk-15194 |

### Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Kathryn Lachowsky-Khan*
Signature

Date  10/22/2019

Print: Kathryn Lachowsky-Khan, Heather Martin-Herron, & Michael Tackett     Title  Attorneys

Company  Wilson & Associates, PLLC

Address  400 West Capitol Avenue
Suite 1400
Little Rock, AR 72201

Contact phone  (501) 219-9388     Email  klachowsky | hmartin-herron | mtackett@thewilsonlawfirm.com

### CERTIFICATE OF SERVICE

On  October 31, 2019 , a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

G. Mike DeLoache
Attorney at Law
512 West Washington Avenue
Jonesboro, AR 72401

Mark T. McCarty
Trustee
P.O. Box 5006
North Little Rock, AR 72119-5006

and served via U.S. mail upon:

James Michael Frazier and Pamela Annette Frazier
Debtors
206 Cypress St
Marked Tree, AR 72365

*/s/ Kathryn Lachowsky-Khan*
Heather Martin-Herron (2011136)
Kathryn Lachowsky-Khan (2012039)
Michael Tackett (2018110)

W&A No. 342722